LIFSHITZ BROS., INC., Respondent, *v.* AMERICAN STOVE COMPANY, Appellant.

(Argued May 21, 1931; decided June 9, 1931.)

*M. M. Wardell* for appellant.

*Max Epstein* and *David Epstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.